```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   1:08-cr-0124 OWW
                                   )
12              Plaintiff,         )
                                   )
13       v.                        )   STIPULATION RE:
                                   )   CONTINUANCE AND ORDER
14  REYES CHAPARRO-FLORES,         )
                                   )
15                                 )
                Defendant.         )
16  _____)
```

17       Defendant REYES CHAPARRO-FLORES, by and through his attorney,

18  LARRY LEE, and the United States of America, by and through its

19  attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN

20  A. ESCOBAR, Assistant United States Attorney, hereby enter into

21  the following stipulation:

22       1.  The parties to the above-captioned matter agree to vacate

23  the June 1, 2010, sentencing date and reset the matter for July

24  19, 2010, at 9:00 a.m.

25       2.  The parties stipulate that the continuance is

26  ////

27  ////

28  ////

1

1 | necessitated by the defendant's need to prepare adequately for
2 | sentencing.
3 | DATED: May 8, 2010                          Respectfully submitted,
4 |                                             BENJAMIN B. WAGNER
  |                                             United States Attorney
5 |
  |                                             By: /s/ Karen A. Escobar
6 |                                                KAREN A. ESCOBAR
  |                                             Assistant U.S. Attorney
7 |
8 |                                             /s/ Larry Lee
  |                                             LARRY LEE
9 |                                          Attorney for Defendant
  |                                             REYES CHAPARRO-FLORES

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of June 1, 2010, is hereby vacated and is reset for July 19, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 13, 2010         /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2