```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  1:08-cr-00124 OWW
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )  STIPULATION RE:
                                    )  CONTINUANCE AND ORDER
14  REYES CHAPARRO-FLORES,          )
                                    )
15                                  )
                Defendant.          )
16  _____)
```

17     Defendant REYES CHAPARRO-FLORES, by and through his attorney, LARRY LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the July 19, 2010, sentencing date and reset the matter for August 30, 2010, at 9:00 a.m.

    2.  The parties stipulate that the continuance is

////
////
////

1

1 | necessitated by the defendant's need to prepare adequately for
2 | sentencing.
3 | DATED: July 2, 2010                          Respectfully submitted,
4 |                                              BENJAMIN B. WAGNER
  |                                              United States Attorney
5 |
6 |                                              By: /s/ Karen A. Escobar
  |                                                 KAREN A. ESCOBAR
  |                                              Assistant U.S. Attorney
7 |
8 |                                              /s/ Larry Lee
  |                                              LARRY LEE
9 |                                          Attorney for Defendant
  |                                              REYES CHAPARRO-FLORES
10 |
11 |                          O R D E R
12 |    Having read and considered the foregoing stipulation,
13 |    IT IS THE ORDER of the Court that the current sentencing date
14 | of July 19, 2010, is hereby vacated and is reset for August 30,
15 | 2010, at 9:00 a.m.
16 | IT IS SO ORDERED.
17 | **Dated:   July 7, 2010**                    **/s/ Oliver W. Wanger**
   |                                              UNITED STATES DISTRICT JUDGE