```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   1:08-cr-0124 OWW
                                    )
12                 Plaintiff,       )
                                    )
13       v.                         )   STIPULATION RE:
                                    )   CONTINUANCE AND ORDER
14  REYES CHAPARRO-FLORES,          )
                                    )
15                                  )
                   Defendant.       )
16  _____)
17       Defendant REYES CHAPARRO-FLORES, by and through his attorney,
18  LARRY LEE, and the United States of America, by and through its
19  attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
20  A. ESCOBAR, Assistant United States Attorney, hereby enter into
21  the following stipulation:
22       1.   The parties to the above-captioned matter agree to vacate
23  the August 30, 2010, sentencing date and reset the matter for
24  September 13, 2010, at 9:00 a.m.
25       2.   The parties stipulate that the continuance is
26  ////
27  ////
28  ////
```

1

necessitated at the request of the defendant by the defendant's need to prepare adequately for sentencing.

DATED: August 23, 2010                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                          By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


                                                  /s/ Larry Lee
                                                  LARRY LEE
                                            Attorney for Defendant
                                              REYES CHAPARRO-FLORES

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of August 30, 2010, is hereby vacated and is reset for September 13, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 26, 2010**                    /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE